PROB 12C
(7/93)

**FILED**

January 08, 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____SL_____
            DEPUTY

# UNITED STATES DISTRICT COURT

for

## WESTERN DISTRICT OF TEXAS

FILED

DEC 1 8 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY CLERK

### Petition for Warrant or Summons for Offender Under Supervision

**Austin Case #: 1:24-mj-00006-SH**

Name of Offender: Anthony Tremel Smith _____  Case Number: DR:21-CR-01493(1)-AM

Name of Sentencing Judicial Officer: Honorable Alia Moses, Chief United States District Judge

Date of Original Sentence: M ay2 62 02

Original Offense: Conspiracy to Transport Illegal Aliens, in violation of 8 U.S.C. § 1324

Original Sentence: 15 months' imprisonment followed by a three-year term of supervised release

Type of Supervision: Supervised Release _____  Date Supervision Commenced: October 5, 2022

Assistant U.S. Attorney: Michael Gene Schneider _____  Defense Attorney: Juan Neri, III  (AFPD)

### PREVIOUS COURT ACTION

On July 5, 2023, a Probation Form 12A was filed with the Court to address drug use, failure to submit to random drug testing, and delinquent payments towards his fine. No action was taken.

On September 25, 2023, a Probation Form 12A was filed with the Court to address continued drug use and failure to pay his delinquent payments towards his fine. No action was taken.

### PETITIONING THE COURT

A true copy of the original, I certify.
Clerk, U.S. District Court

By: _____
       Benrita Rivera

☒ The issuance of a warrant
☐ The issuance of a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. | **Special Condition: The defendant shall abstain from the use of alcohol and any and all intoxicants.** |
| 2. | **Special Condition: The defendant shall submit to substance abuse testing to determine if the defendant has used prohibited substance. The defendant shall not attempt to obstruct or tamper with the testing methods. The defendant shall pay the costs of testing if financially able.** |
| | On June 6, 2023, and June 12, 2023, the defendant submitted to random drug testing. Said tests returned positive for fentanyl. On August 30, 2023, the defendant submitted to random drug testing. Said test returned positive for cocaine. On December 7, 2023, the defendant submitted to a random |

Anthony Tremel Smith
DR:21-CR-01493(1)-AM
Petition for Warrant or Summons
Page 2

drug test. Said test returned positive for opiates.

On March 16, 2023, May 31, 2023, and June 28, 2023, the defendant failed to report for random drug testing.

The defendant has submitted diluted specimens on the following dates: November 16, 2023; November 27, 2023; and December 4, 2023.

On December 13, 2023, the defendant failed to submit to a random drug test during a home inspection. He was instructed to report to the office to submit a drug test. He then reported to the office with a device to tamper with the urine collection methods. It should be noted that the defendant verbally reported taking hydrocodone and did not want to test positive for said narcotic that he does not have a prescription for. Additionally, he refused to sign the chain of custody and admission form.

3.    **Mandatory Condition No. 8: The defendant shall pay the assessment imposed in accordance with 18 U.S.C. § 3013.**

The defendant was ordered to pay a $100 special assessment. To date, the defendant has yet to make a single payment.

4.    **Standard Condition No. 14: If the judgment imposes other criminal monetary penalties, it is a condition of supervision that the defendant pay such penalties in accordance with the Schedule of Payments sheet of the judgment.**

The defendant was ordered to pay a $1,500 fine at the rate of $55 per month, beginning 60 days after the commencement of his term of supervision. To date, the defendant has yet to make a single payment.

**U.S. Probation Officer Recommendation:** The defendant has demonstrated a pattern of continued noncompliance and continues to use illicit drugs. Due to his continued noncompliance, it is respectfully recommended that a warrant be issued for the defendant's arrest, and his term of supervised release be revoked.

The term of supervision should be

☒ revoked. (Maximum penalty: _2_ years imprisonment; _3_ years supervised release; and payment of any unsatisfied monetary sanction previously imposed)

☐ extended for ___ years for a total term of ___ years

☐ The conditions of supervision should be modified as follows:

Anthony Tremel Smith
DR:21-CR-01493(1)-AM
Petition for Warrant or Summons
Page 3

Approved:                                                Respectfully Submitted,

_____                         _____
Hector J. Garcia                                         Nickalous D. Wisner
Supervising U.S. Probation Officer                       U.S. Probation Officer,
                                                         Date: December 15, 2023
                                                         Telephone #: 512-954-4305

Approved:

_____
James T. Ward
Supervisory Assistant U.S. Attorney

cc:   Andrew Gonzalez
      Assistant Deputy Chief U.S. Probation Officer

THE COURT ORDERS:

☐     No action.
☐     The issuance of a WARRANT. Bond is set in the amount of $_____   cash/surety with supervision
      by the United States Probation Office to continue as a condition of release.
☐     The issuance of a SUMMONS.
☐     Other _____

                                                         _____
                                                         Honorable Alia Moses
                                                         Chief U.S. District Judge

                                                         _____
                                                         Date

AO 442 (Rev. 11/11) Arrest Warrant

FID# 1132A106

# UNITED STATES DISTRICT COURT

## for the

### Western District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   DR-21-CR-1493 (01) |
| | ) | |
| ANTHONY TREMEL SMITH | ) | |
| | ) | |
| _____ | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   ANTHONY TREMEL SMITH                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☐ Complaint
☐ Probation Violation Petition          ☑ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

PLEASE SEE ATTACHMENT U.S. MARSHALS SERVICE
RECEIVED

DEC 1 9 2023

DEL RIO, TX

A true copy of the original, I certify.
Clerk, U.S. District Court

By: _____
Deputy Clerk

Date:      12/18/2023

*Issuing officer's signature*

A.L. Ortega, Operations Support Clerk
*Printed name and title*

City and state:      Del Rio, Texas

Chief U.S. District Judge Alia Moses
*Judicial Officer's Name*

Bail fixed at $:      NO BOND

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____          _____ |
| *Arresting officer's signature* |
| _____ |
| *Printed name and title* |

Del Rio Arrest Warrant Rev. 1/22